United States District Court
Southern District of Texas
**ENTERED**
May 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TYLER SALTZMAN,** § | |
| § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 4:18-CV-2878** |
| § | |
| **SHELL EXPLORATION &** § | |
| **PRODUCTION COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

The parties in this case have jointly filed a Stipulation of Dismissal with Prejudice. (Doc. No. 44). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of May, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE